**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRIAN MOFFITT,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>WEST VALLEY DETENTION CENTER,<br><br>　　　　Respondent. | No. EDCV 08-1427-AHS(CW)<br><br>JUDGMENT |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed without prejudice.

DATE:  February 9, 2011

　　　　　　　　　　　　　　　　　*ALICEMARIE H. STOTLER*
　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　ALICEMARIE H. STOTLER
　　　　　　　　　　　　　　　　　United States District Judge